(No. 1557—

CENTRAL BUILDING MATERIALS CO., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1930.*

L. J. SIESENER, SECY., for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

This claim is for 55 tons of Mississippi River sand sold to the Division of Highways at 84 cents per ton and shipped May 29, 1929. The sand was received and used by the State. It is conceded the State has never paid for it, and claimant is awarded the sum of Forty-six Dollars and Twenty Cents.